# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHARICE C. VANN, ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO. 08-cv-722-JPG |
| vs. ) | |
| ) | CRIMINAL NO. 06-cr-40029 |
| UNITED STATES of AMERICA, ) | |
| ) | |
| Respondent/Plaintiff. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On January 8, 2007, Petitioner pleaded guilty to one count of conspiracy to distribute 50 grams or more of cocaine base in violation of 21 U.S.C. § 846. No plea agreement was made. On April 17, 2007, Petitioner was sentenced to 204 months imprisonment, 5 years supervised release, a fine of $200, and a special assessment of $100. On October 15, 2007, Petitioner filed the instant motion under § 2255.

In his motion the Petitioner raises four grounds for relief: (1) ineffective assistance of counsel in failing to consult with Petitioner after sentencing with regard to possible grounds for appeal; (2) ineffective assistance of counsel relating to the plea; (3) incorrect calculation of base offense level in violation of due process of law; and (4) improper calculation of base offense level in violation of due process of law

The Court **ORDERS** the Government to file a response to Petitioner's motion within

1

**THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

**Dated: November 14, 2008.**

                                                   **s/ J. Phil Gilbert**
                                                   **U. S. District Judge**